**VIRGINIA & AMBINDER, LLP**
By: Nicole Marimon, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
Office Tel. No.: (212) 943-9080
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRUSTEES OF THE NEW JERSEY B.A.C. HEALTH FUND, TRUSTEES OF THE NEW JERSEY B.A.C. ANNUITY FUND, TRUSTEES OF THE B.A.C. LOCAL 5 PENSION FUND, TRUSTEES OF THE NEW JERSEY BM&P APPRENTICE AND EDUCATION FUND, TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, and RICHARD TOLSON, as Administrator of B.A.C. ADMINISTRATIVE DISTRICT COUNCIL OF NEW JERSEY,<br><br>Plaintiffs,<br><br>-against-<br><br>JSA ENTERPRISES GROUP LIMITED LIABILITY COMPANY d/b/a THE GROUND GUYS OF SOUTHEAST NEW JERSEY,<br><br>Defendant. | 16 CV 0750 (JHR)(JS)<br><br>**DEFAULT JUDGMENT** |

The Summons and Complaint in this action having been duly served on the above-named Defendant JSA ENTERPRISES GROUP LIMITED LIABILITY COMPANY d/b/a THE GROUND GUYS OF SOUTHEAST NEW JERSEY ("JSA"), and said Defendant having failed to file an Answer to said Complaint, and said default having been duly noted and upon the annexed Declaration of Default Judgment,

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiffs, it is hereby:

-2-

ORDERED AND ADJUDICATED that Plaintiffs do recover of JSA, the Defendant, with its principal place of business at 6069 English Creek Avenue, Egg Harbor Township, NJ 08234, in the amount of $16,748.36, consisting of (1) contributions to the Funds in the amount of $10,112.37 plus interest, liquidated damages, and attorneys' fees and costs; (2) contributions to the Union in the amount of $1,098.36; (3) and such further legal, equitable, or other relief as the court sees just and proper; and, that the plaintiffs have execution therefore.

*/s/ Joseph H. Rodriguez*